# Exhibit B

| LASTNAME | SUBSCRIBER_FIRSTNAME | DOS_START | DOS_END | ALLOWED_AMOUNT | CHARGED_AMOUNT | PAID_AMOUNT | CLAIM_RECEIVED_DATE | PAID_DATE | PROCEDURE_CODE |
|---|---|---|---|---|---|---|---|---|---|
| A | ERIK | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/22/2020 | 5/7/2020 | 99202 |
| A | ERIK | 5/1/2020 | 5/1/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| A | ERIK | 5/1/2020 | 5/1/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| A | JOSE D | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| A | CHAD | 3/23/2020 | 3/23/2020 | 800.00 | 1000.00 | 800.00 | 4/3/2020 | 5/6/2020 | 87633 |
| A | CHAD | 3/23/2020 | 3/23/2020 | 144.74 | 234.00 | 144.74 | 4/3/2020 | 5/6/2020 | 99202 |
| A | CHAD | 3/23/2020 | 3/23/2020 | 69.87 | 130.00 | 69.87 | 4/3/2020 | 5/6/2020 | 99401 |
| A | CHAD | 3/27/2020 | 3/27/2020 | 146.06 | 350.00 | 146.06 | 4/6/2020 | 5/8/2020 | 99214 |
| A | CHAD | 3/27/2020 | 3/27/2020 | 45.36 | 130.00 | 45.36 | 4/6/2020 | 5/8/2020 | 99401 |
| B | ROMAN Y | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/22/2020 | 5/7/2020 | 99202 |
| B | ROMAN Y | 5/1/2020 | 5/1/2020 | 130.00 | 130.00 | 130.00 | 5/8/2020 | 5/12/2020 | 99213 |
| B | ROMAN Y | 5/1/2020 | 5/1/2020 | 130.00 | 130.00 | 130.00 | 5/8/2020 | 5/12/2020 | 99401 |
| B | TERRY M | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/22/2020 | 5/7/2020 | 99202 |
| B | TERRY M | 4/30/2020 | 4/30/2020 | 234.00 | 234.00 | 234.00 | 5/4/2020 | 5/13/2020 | 99213 |
| B | MICHAEL | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/22/2020 | 5/7/2020 | 99202 |
| B | KEVIN D | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| B | KEVIN D | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| B | KEVIN D | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| B | JEFFREY | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/22/2020 | 5/7/2020 | 99202 |
| B | JONATHAN | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/22/2020 | 5/7/2020 | 99202 |
| B | JONATHAN | 5/1/2020 | 5/1/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| B | JONATHAN | 5/1/2020 | 5/1/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| B | WILLIAM | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| B | LAWRENCE | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| B | LAWRENCE | 4/30/2020 | 4/30/2020 | 130.00 | 130.00 | 130.00 | 5/8/2020 | 5/12/2020 | 99213 |
| B | LAWRENCE | 4/30/2020 | 4/30/2020 | 130.00 | 130.00 | 130.00 | 5/8/2020 | 5/12/2020 | 99401 |
| B | MICHAEL | 4/28/2020 | 4/28/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| B | BRIAN V | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| C | JAVIER | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| C | JESSICA A | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| C | JESSICA A | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| C | JESSICA A | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| C | ROCCO | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/22/2020 | 5/7/2020 | 99202 |
| C | ROCCO | 4/23/2020 | 4/23/2020 | 800.00 | 1000.00 | 800.00 | 4/27/2020 | 5/8/2020 | 87633 |
| C | ROCCO | 4/23/2020 | 4/23/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| C | ROCCO | 4/23/2020 | 4/23/2020 | 69.87 | 130.00 | 69.87 | 4/27/2020 | 5/8/2020 | 99401 |
| C | NORRIS | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| C | JAMES | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| C | JAMES | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| C | JAMES | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| C | FRANK | 4/23/2020 | 4/23/2020 | 1000.00 | 1000.00 | 1000.00 | 4/24/2020 | 5/8/2020 | 87633 |
| C | FRANK | 4/23/2020 | 4/23/2020 | 175.00 | 234.00 | 175.00 | 4/24/2020 | 5/8/2020 | 99202 |
| C | FRANK | 4/23/2020 | 4/23/2020 | 130.00 | 130.00 | 130.00 | 4/24/2020 | 5/8/2020 | 99401 |
| C | FRANK | 4/24/2020 | 4/24/2020 | 94.84 | 130.00 | 94.84 | 4/29/2020 | 5/11/2020 | 99213 |
| C | FRANK | 4/24/2020 | 4/24/2020 | 45.36 | 130.00 | 45.36 | 4/29/2020 | 5/11/2020 | 99401 |
| C | FRANK | 4/25/2020 | 4/25/2020 | 146.06 | 350.00 | 146.06 | 4/29/2020 | 5/9/2020 | 99214 |
| C | FRANK | 4/25/2020 | 4/25/2020 | 45.36 | 130.00 | 45.36 | 4/29/2020 | 5/9/2020 | 99401 |
| C | DIEGO | 9/16/2019 | | 50.00 | 50.00 | 24.00 | 11/7/2019 | 9/10/2020 | 82728 |
| C | DIEGO | 9/16/2019 | | 30.00 | 30.00 | 14.40 | 11/7/2019 | 9/10/2020 | 84439 |
| C | DIEGO | 9/16/2019 | | 60.00 | 60.00 | 28.80 | 11/7/2019 | 9/10/2020 | 84481 |
| C | DIEGO | 12/13/2019 | | 60.00 | 60.00 | 28.80 | 11/3/2020 | 11/4/2020 | 84481 |
| C | JEREMY | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/22/2020 | 5/7/2020 | 99202 |
| C | JEREMY | 4/23/2020 | 4/23/2020 | 48.07 | 0.00 | 48.07 | 4/30/2020 | 5/11/2020 | 99213 |
| C | DONALD | 4/9/2020 | 4/9/2020 | 234.00 | 234.00 | 234.00 | 4/10/2020 | 5/12/2020 | 99213 |
| C | DONALD | 4/9/2020 | 4/9/2020 | 45.36 | 130.00 | 45.36 | 4/10/2020 | 5/12/2020 | 99401 |
| C | DONALD | 4/11/2020 | 4/11/2020 | 800.00 | 1000.00 | 800.00 | 4/13/2020 | 5/2/2020 | 87633 |
| C | DONALD | 4/11/2020 | 4/11/2020 | 141.14 | 234.00 | 141.14 | 4/13/2020 | 5/2/2020 | 99213 |
| C | DONALD | 4/11/2020 | 4/11/2020 | 69.87 | 130.00 | 69.87 | 4/13/2020 | 5/2/2020 | 99401 |
| C | DONALD | 4/13/2020 | 4/13/2020 | 146.06 | 350.00 | 146.06 | 4/14/2020 | 5/1/2020 | 99214 |

| LASTNAME | SUBSCRIBER_FIRSTNAME | DOS_START | DOS_END | ALLOWED_AMOUNT | CHARGED_AMOUNT | PAID_AMOUNT | CLAIM_RECEIVED_DATE | PAID_DATE | PROCEDURE_CODE |
|---|---|---|---|---|---|---|---|---|---|
| C | DONALD | 4/13/2020 | 4/13/2020 | 45.36 | 130.00 | 45.36 | 4/14/2020 | 5/1/2020 | 99401 |
| C | DONALD | 6/25/2020 | 6/25/2020 | 45.34 | 110.00 | 45.34 | 6/29/2020 | 8/14/2020 | 36410 |
| C | DONALD | 6/25/2020 | 6/25/2020 | 234.00 | 234.00 | 234.00 | 6/29/2020 | 8/14/2020 | 99213 |
| C | SHARON M | 3/20/2020 | 3/20/2020 | 94.84 | 130.00 | 66.39 | 3/31/2020 | 4/3/2020 | 99213 |
| C | SHARON M | 4/1/2020 | 4/1/2020 | 146.06 | 350.00 | 102.24 | 4/7/2020 | 4/10/2020 | 99214 |
| C | SHARON M | 3/20/2020 | 3/20/2020 | 94.84 | 130.00 | 66.39 | 4/14/2020 | 4/17/2020 | 99213 |
| C | RICHARD A | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| D | EDWARD | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| D | MATTHEW | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/22/2020 | 5/7/2020 | 99202 |
| D | ALAN | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| D | CHRISTIAN | 4/22/2020 | 4/22/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| D | EUGENE | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| D | EUGENE | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| D | EUGENE | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| D | BRIAN R | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| D | BRIAN R | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| D | MICHAEL | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| E | KRIS | 4/16/2020 | 4/16/2020 | 175.00 | 234.00 | 175.00 | 4/30/2020 | 5/7/2020 | 99202 |
| F | TATIANA | 2/21/2020 |  | 80.00 | 80.00 | 50.93 | 2/24/2020 | 3/3/2020 | 90471 |
| F | TATIANA | 2/21/2020 |  | 25.00 | 25.00 | 20.00 | 2/24/2020 | 3/3/2020 | 90716 |
| F | CORY S | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| F | JOHN A | 3/30/2020 | 3/30/2020 | 55.27 | 0.00 | 10.91 | 4/23/2020 | 5/6/2020 | 99202 |
| F | JOHN A | 4/15/2020 | 4/15/2020 | 86.06 | 350.00 | 16.99 | 5/7/2020 | 5/8/2020 | 99214 |
| G | MICHAEL J | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| G | ALEXANDER T | 3/16/2020 | 3/16/2020 | 800.00 | 1000.00 | 800.00 | 3/31/2020 | 5/29/2020 | 87633 |
| G | ALEXANDER T | 3/16/2020 | 3/16/2020 | 144.74 | 234.00 | 144.74 | 3/31/2020 | 5/29/2020 | 99202 |
| G | ALEXANDER T | 3/16/2020 | 3/16/2020 | 69.87 | 130.00 | 69.87 | 3/31/2020 | 5/29/2020 | 99401 |
| G | ALEXANDER T | 3/20/2020 | 3/20/2020 | 146.06 | 350.00 | 146.06 | 4/16/2020 | 5/7/2020 | 99214 |
| G | ALEXANDER T | 4/20/2020 | 4/20/2020 | 234.00 | 234.00 | 234.00 | 4/30/2020 | 5/12/2020 | 99213 |
| G | ALEXANDER T | 3/16/2020 | 3/16/2020 | 800.00 | 1000.00 | 800.00 | 3/31/2020 | 5/9/2020 | 87633 |
| G | ALEXANDER T | 3/16/2020 | 3/16/2020 | 144.74 | 234.00 | 144.74 | 3/31/2020 | 5/9/2020 | 99202 |
| G | ALEXANDER T | 3/16/2020 | 3/16/2020 | 69.87 | 130.00 | 69.87 | 3/31/2020 | 5/9/2020 | 99401 |
| G | ALEXANDER T | 3/20/2020 | 3/20/2020 | 144.41 | 350.00 | 144.41 | 3/30/2020 | 5/9/2020 | 99214 |
| G | SEAN M | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| G | WILLIE J | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| G | PAUL | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| H | SUSAN | 4/23/2020 | 4/23/2020 | 146.06 | 350.00 | 146.06 | 4/24/2020 | 5/8/2020 | 99214 |
| H | SUSAN | 4/23/2020 | 4/23/2020 | 45.36 | 130.00 | 45.36 | 4/24/2020 | 5/8/2020 | 99401 |
| H | VICTORIA | 4/17/2020 | 4/17/2020 | 1000.00 | 1000.00 | 1000.00 | 4/20/2020 | 5/2/2020 | 87633 |
| H | VICTORIA | 4/17/2020 | 4/17/2020 | 175.00 | 234.00 | 175.00 | 4/20/2020 | 5/2/2020 | 99202 |
| H | VICTORIA | 4/17/2020 | 4/17/2020 | 130.00 | 130.00 | 130.00 | 4/20/2020 | 5/2/2020 | 99401 |
| H | VICTORIA | 4/21/2020 | 4/21/2020 | 146.06 | 350.00 | 146.06 | 4/22/2020 | 5/7/2020 | 99214 |
| H | VICTORIA | 4/21/2020 | 4/21/2020 | 45.36 | 130.00 | 45.36 | 4/22/2020 | 5/7/2020 | 99401 |
| I | TIMOTHY J | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| J | WALTER | 3/24/2020 | 3/24/2020 | 146.06 | 350.00 | 146.06 | 4/6/2020 | 5/9/2020 | 99214 |
| J | WALTER | 3/24/2020 | 3/24/2020 | 45.36 | 130.00 | 45.36 | 4/6/2020 | 5/9/2020 | 99401 |
| K | PANAGIOTIS | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| K | FAYE | 4/22/2020 | 4/22/2020 | 800.00 | 1000.00 | 800.00 | 4/27/2020 | 5/8/2020 | 87633 |
| K | FAYE | 4/22/2020 | 4/22/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| K | FAYE | 4/22/2020 | 4/22/2020 | 69.87 | 130.00 | 69.87 | 4/27/2020 | 5/8/2020 | 99401 |
| K | KEVIN | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| K | MICHAEL | 4/17/2020 | 4/17/2020 | 800.00 | 1000.00 | 800.00 | 4/27/2020 | 5/8/2020 | 87633 |
| K | MICHAEL | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| K | MICHAEL | 4/17/2020 | 4/17/2020 | 69.87 | 130.00 | 69.87 | 4/27/2020 | 5/8/2020 | 99401 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 45.34 | 110.00 | 45.34 | 5/6/2020 | 5/14/2020 | 36410 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 80.00 | 100.00 | 80.00 | 5/6/2020 | 5/14/2020 | 82378 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 44.00 | 55.00 | 44.00 | 5/6/2020 | 5/14/2020 | 82533 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 40.00 | 50.00 | 40.00 | 5/6/2020 | 5/14/2020 | 82607 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 59.20 | 74.00 | 59.20 | 5/6/2020 | 5/14/2020 | 82627 |

| LASTNAME | SUBSCRIBER_FIRSTNAME | DOS_START | DOS_END | ALLOWED_AMOUNT | CHARGED_AMOUNT | PAID_AMOUNT | CLAIM_RECEIVED_DATE | PAID_DATE | PROCEDURE_CODE |
|---|---|---|---|---|---|---|---|---|---|
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 49.60 | 62.00 | 49.60 | 5/6/2020 | 5/14/2020 | 82668 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 74.40 | 93.00 | 74.40 | 5/6/2020 | 5/14/2020 | 82670 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 40.00 | 50.00 | 40.00 | 5/6/2020 | 5/14/2020 | 82728 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 40.00 | 50.00 | 40.00 | 5/6/2020 | 5/14/2020 | 82746 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 49.60 | 62.00 | 49.60 | 5/6/2020 | 5/14/2020 | 83001 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 49.60 | 62.00 | 49.60 | 5/6/2020 | 5/14/2020 | 83002 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 44.80 | 56.00 | 44.80 | 5/6/2020 | 5/14/2020 | 83003 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 40.00 | 50.00 | 40.00 | 5/6/2020 | 5/14/2020 | 83525 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 80.00 | 100.00 | 80.00 | 5/6/2020 | 5/14/2020 | 83937 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 80.00 | 100.00 | 80.00 | 5/6/2020 | 5/14/2020 | 83970 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 56.00 | 70.00 | 56.00 | 5/6/2020 | 5/14/2020 | 84144 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 52.00 | 65.00 | 52.00 | 5/6/2020 | 5/14/2020 | 84146 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 49.60 | 62.00 | 49.60 | 5/6/2020 | 5/14/2020 | 84153 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 49.60 | 62.00 | 49.60 | 5/6/2020 | 5/14/2020 | 84154 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 96.00 | 120.00 | 96.00 | 5/6/2020 | 5/14/2020 | 84238 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 57.60 | 72.00 | 57.60 | 5/6/2020 | 5/14/2020 | 84270 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 68.80 | 86.00 | 68.80 | 5/6/2020 | 5/14/2020 | 84403 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 24.00 | 30.00 | 24.00 | 5/6/2020 | 5/14/2020 | 84439 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 48.00 | 60.00 | 48.00 | 5/6/2020 | 5/14/2020 | 84443 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 48.00 | 60.00 | 48.00 | 5/6/2020 | 5/14/2020 | 84481 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 80.00 | 100.00 | 80.00 | 5/6/2020 | 5/14/2020 | 86301 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 40.00 | 50.00 | 40.00 | 5/6/2020 | 5/14/2020 | 86340 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 64.00 | 80.00 | 64.00 | 5/6/2020 | 5/14/2020 | 86376 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 85.61 | 138.00 | 85.61 | 5/6/2020 | 5/14/2020 | 99212 |
| L | CLAUDEL | 5/4/2020 | 5/4/2020 | 69.87 | 130.00 | 69.87 | 5/6/2020 | 5/14/2020 | 99401 |
| L | MARTIN | 4/23/2020 | 4/23/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| L | MICHAEL | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| L | JONATHAN P | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| M | MICHAEL | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| M | FELIX | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| M | ROBERT | 3/23/2020 | 3/23/2020 | 800.00 | 1000.00 | 800.00 | 4/2/2020 | 4/24/2020 | 87633 |
| M | ROBERT | 3/23/2020 | 3/23/2020 | 144.74 | 234.00 | 144.74 | 4/2/2020 | 4/24/2020 | 99202 |
| M | ROBERT | 3/23/2020 | 3/23/2020 | 69.87 | 130.00 | 69.87 | 4/2/2020 | 4/24/2020 | 99401 |
| M | ROBERT | 4/3/2020 | 4/3/2020 | 94.84 | 130.00 | 94.84 | 4/7/2020 | 5/8/2020 | 99213 |
| M | ROBERT | 4/3/2020 | 4/3/2020 | 45.36 | 130.00 | 45.36 | 4/7/2020 | 5/8/2020 | 99401 |
| M | RYAN | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| M | VINCENT | 3/20/2020 | 3/20/2020 | 800.00 | 1000.00 | 800.00 | 4/2/2020 | 5/21/2020 | 87633 |
| M | VINCENT | 3/20/2020 | 3/20/2020 | 144.74 | 234.00 | 144.74 | 4/2/2020 | 5/21/2020 | 99202 |
| M | VINCENT | 3/20/2020 | 3/20/2020 | 69.87 | 130.00 | 69.87 | 4/2/2020 | 5/21/2020 | 99401 |
| M | VINCENT | 3/24/2020 | 3/24/2020 | 146.06 | 350.00 | 146.06 | 4/6/2020 | 5/12/2020 | 99214 |
| M | VINCENT | 3/24/2020 | 3/24/2020 | 45.36 | 130.00 | 45.36 | 4/6/2020 | 5/12/2020 | 99401 |
| M | BEN | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| M | ANTHONY | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| M | ANTHONY | 5/1/2020 | 5/1/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| M | ANTHONY | 5/1/2020 | 5/1/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| M | MELANIE R | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| M | AGNES | 3/17/2020 | 3/17/2020 | 800.00 | 1000.00 | 800.00 | 4/1/2020 | 4/21/2020 | 87633 |
| M | AGNES | 3/17/2020 | 3/17/2020 | 144.74 | 234.00 | 144.74 | 4/1/2020 | 4/21/2020 | 99202 |
| M | AGNES | 3/17/2020 | 3/17/2020 | 69.87 | 130.00 | 69.87 | 4/1/2020 | 4/21/2020 | 99401 |
| M | AGNES | 3/26/2020 | 3/26/2020 | 146.06 | 350.00 | 146.06 | 4/6/2020 | 5/9/2020 | 99214 |
| M | AGNES | 3/26/2020 | 3/26/2020 | 45.36 | 130.00 | 45.36 | 4/6/2020 | 5/9/2020 | 99401 |
| M | ADRIANA | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| M | NICHOLAS | 4/17/2020 | 4/17/2020 | 800.00 | 1000.00 | 800.00 | 4/27/2020 | 5/8/2020 | 87633 |
| M | NICHOLAS | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| M | NICHOLAS | 4/17/2020 | 4/17/2020 | 69.87 | 130.00 | 69.87 | 4/27/2020 | 5/8/2020 | 99401 |
| M | MICHAEL T | 4/22/2020 | 4/22/2020 | 800.00 | 1000.00 | 800.00 | 4/27/2020 | 5/8/2020 | 87633 |
| M | MICHAEL T | 4/22/2020 | 4/22/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| M | MICHAEL T | 4/22/2020 | 4/22/2020 | 69.87 | 130.00 | 69.87 | 4/27/2020 | 5/8/2020 | 99401 |
| M | WILLIAM | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |

| LASTNAME | SUBSCRIBER_FIRSTNAME | DOS_START | DOS_END | ALLOWED_AMOUNT | CHARGED_AMOUNT | PAID_AMOUNT | CLAIM_RECEIVED_DATE | PAID_DATE | PROCEDURE_CODE |
|---|---|---|---|---|---|---|---|---|---|
| M | FREDERICK | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| M | FREDERICK | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| M | FREDERICK | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| M | ANTOINE L | 3/27/2020 | 3/27/2020 | 800.00 | 1000.00 | 800.00 | 4/1/2020 | 4/24/2020 | 87633 |
| M | ANTOINE L | 3/27/2020 | 3/27/2020 | 144.74 | 234.00 | 144.74 | 4/1/2020 | 4/24/2020 | 99202 |
| M | ANTOINE L | 3/27/2020 | 3/27/2020 | 69.87 | 130.00 | 69.87 | 4/1/2020 | 4/24/2020 | 99401 |
| M | ANTOINE L | 4/1/2020 | 4/1/2020 | 146.06 | 350.00 | 146.06 | 4/7/2020 | 5/1/2020 | 99214 |
| M | ANTOINE L | 4/1/2020 | 4/1/2020 | 45.36 | 130.00 | 45.36 | 4/7/2020 | 5/1/2020 | 99401 |
| M | ANTOINE L | 4/6/2020 | 4/6/2020 | 146.06 | 350.00 | 146.06 | 4/10/2020 | 5/8/2020 | 99214 |
| M | ANTOINE L | 4/6/2020 | 4/6/2020 | 45.36 | 130.00 | 45.36 | 4/10/2020 | 5/8/2020 | 99401 |
| M | ANTOINE L | 4/9/2020 | 4/9/2020 | 146.06 | 350.00 | 146.06 | 4/10/2020 | 5/8/2020 | 99214 |
| M | ANTOINE L | 4/9/2020 | 4/9/2020 | 45.36 | 130.00 | 45.36 | 4/10/2020 | 5/8/2020 | 99401 |
| M | ANTOINE L | 4/29/2020 | 4/29/2020 | 146.06 | 350.00 | 146.06 | 4/30/2020 | 5/11/2020 | 99214 |
| M | ANTOINE L | 4/29/2020 | 4/29/2020 | 45.36 | 130.00 | 45.36 | 4/30/2020 | 5/11/2020 | 99401 |
| M | BRYAN | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| M | DANIEL | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| N | THOMAS | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| O | KATIE | 3/26/2020 | 3/26/2020 | 800.00 | 1000.00 | 800.00 | 3/31/2020 | 4/22/2020 | 87633 |
| O | KATIE | 3/26/2020 | 3/26/2020 | 144.74 | 234.00 | 144.74 | 3/31/2020 | 4/22/2020 | 99202 |
| O | KATIE | 3/26/2020 | 3/26/2020 | 69.87 | 130.00 | 69.87 | 3/31/2020 | 4/22/2020 | 99401 |
| O | KATIE | 3/31/2020 | 3/31/2020 | 46.81 | 138.00 | 32.77 | 4/6/2020 | 8/12/2020 | 99212 |
| O | KATIE | 3/31/2020 | 3/31/2020 | 45.36 | 130.00 | 31.75 | 4/6/2020 | 8/12/2020 | 99401 |
| O | KATIE | 4/28/2020 | 4/28/2020 | 146.06 | 350.00 | 146.06 | 4/30/2020 | 5/6/2020 | 99214 |
| O | KATIE | 4/28/2020 | 4/28/2020 | 45.36 | 130.00 | 45.36 | 4/30/2020 | 5/6/2020 | 99401 |
| O | WILLIAM | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| O | DAVID M | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| O | DAVID M | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| P | LOGAN | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| P | CONNOR D | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| P | JEFFREY P | 5/27/2020 | 5/27/2020 | 48.16 | 62.00 | 24.08 | 11/16/2020 | 1/21/2021 | 83001 |
| P | JEFFREY P | 5/27/2020 | 5/27/2020 | 776.77 | 1500.00 | 206.35 | 11/16/2020 | 1/21/2021 | 87633 |
| P | NICOLE | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| R | EDGAR | 4/27/2020 | 4/27/2020 | 800.00 | 1000.00 | 800.00 | 4/28/2020 | 5/9/2020 | 87633 |
| R | EDGAR | 4/27/2020 | 4/27/2020 | 144.74 | 234.00 | 144.74 | 4/28/2020 | 5/9/2020 | 99202 |
| R | EDGAR | 4/27/2020 | 4/27/2020 | 69.87 | 130.00 | 69.87 | 4/28/2020 | 5/9/2020 | 99401 |
| R | MATTHEW P | 4/23/2020 | 4/23/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| R | EDWARD | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| R | JENNIFER KIM | 7/16/2020 | | 110.00 | 110.00 | 110.00 | 10/19/2020 | 12/10/2020 | 36410 |
| R | JENNIFER KIM | 7/16/2020 | | 1500.00 | 1500.00 | 1320.00 | 12/2/2020 | 1/2/2021 | 87633 |
| R | JENNIFER KIM | 7/16/2020 | | 234.00 | 234.00 | 144.74 | 10/19/2020 | 12/10/2020 | 99202 |
| R | JENNIFER KIM | 7/16/2020 | | 234.00 | 234.00 | 144.74 | 10/19/2020 | 12/3/2020 | 99202 |
| R | JENNIFER KIM | 7/16/2020 | | 130.00 | 130.00 | 130.00 | 10/19/2020 | 12/3/2020 | 99401 |
| R | JENNIFER KIM | 7/16/2020 | | 110.00 | 110.00 | 110.00 | 10/19/2020 | 12/10/2020 | 36410 |
| R | JENNIFER KIM | 7/16/2020 | | 1500.00 | 1500.00 | 1320.00 | 12/2/2020 | 1/2/2021 | 87633 |
| R | JENNIFER KIM | 7/16/2020 | | 234.00 | 234.00 | 234.00 | 10/19/2020 | 12/10/2020 | 99202 |
| R | JENNIFER KIM | 7/16/2020 | | 234.00 | 234.00 | 144.74 | 10/19/2020 | 12/3/2020 | 99202 |
| R | JENNIFER KIM | 7/16/2020 | | 130.00 | 130.00 | 130.00 | 10/19/2020 | 12/3/2020 | 99401 |
| R | JENNIFER KIM | 7/23/2020 | | 350.00 | 350.00 | 350.00 | 10/19/2020 | 12/9/2020 | 99214 |
| R | JENNIFER KIM | 7/23/2020 | | 130.00 | 130.00 | 130.00 | 10/19/2020 | 12/9/2020 | 99401 |
| R | JENNIFER KIM | 7/23/2020 | | 350.00 | 350.00 | 350.00 | 10/19/2020 | 12/9/2020 | 99214 |
| R | JENNIFER KIM | 7/23/2020 | | 130.00 | 130.00 | 130.00 | 10/19/2020 | 12/9/2020 | 99401 |
| S | PATRICK | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| S | PATRICK | 5/1/2020 | 5/1/2020 | 130.00 | 130.00 | 130.00 | 5/8/2020 | 5/12/2020 | 99213 |
| S | PATRICK | 5/1/2020 | 5/1/2020 | 130.00 | 130.00 | 130.00 | 5/8/2020 | 5/12/2020 | 99401 |
| S | SEAN | 3/18/2020 | 3/18/2020 | 800.00 | 1000.00 | 800.00 | 4/2/2020 | 5/12/2020 | 87633 |
| S | SEAN | 3/18/2020 | 3/18/2020 | 144.74 | 234.00 | 144.74 | 4/2/2020 | 5/12/2020 | 99202 |
| S | SEAN | 3/18/2020 | 3/18/2020 | 69.87 | 130.00 | 69.87 | 4/2/2020 | 5/12/2020 | 99401 |
| S | LOUIS | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | DEBORA | 5/4/2020 | 5/4/2020 | 800.00 | 1000.00 | 800.00 | 5/7/2020 | 5/14/2020 | 87633 |

| LASTNAME | SUBSCRIBER_FIRSTNAME | DOS_START | DOS_END | ALLOWED_AMOUNT | CHARGED_AMOUNT | PAID_AMOUNT | CLAIM_RECEIVED_DATE | PAID_DATE | PROCEDURE_CODE |
|---|---|---|---|---|---|---|---|---|---|
| S | DEBORA | 5/4/2020 | 5/4/2020 | 400.00 | 500.00 | 400.00 | 5/7/2020 | 5/14/2020 | 87635 |
| S | DEBORA | 5/4/2020 | 5/4/2020 | 144.74 | 234.00 | 144.74 | 5/7/2020 | 5/14/2020 | 99202 |
| S | DEBORA | 5/4/2020 | 5/4/2020 | 69.87 | 130.00 | 69.87 | 5/7/2020 | 5/14/2020 | 99401 |
| S | LILIAN | 3/30/2020 | | 234.00 | 234.00 | 93.68 | 8/3/2020 | 8/6/2020 | 99202 |
| S | LILIAN | 3/30/2020 | | 130.00 | 130.00 | 45.36 | 4/6/2020 | 4/30/2020 | 99401 |
| S | LILIAN | 4/16/2020 | | 130.00 | 130.00 | 45.36 | 8/24/2020 | 4/28/2020 | 99401 |
| S | LILIAN | 4/3/2020 | | 1000.00 | 1000.00 | 800.00 | 4/6/2020 | 5/4/2020 | 87633 |
| S | LILIAN | 4/3/2020 | | 234.00 | 234.00 | 144.74 | 4/6/2020 | 5/4/2020 | 99202 |
| S | LILIAN | 4/3/2020 | | 130.00 | 130.00 | 69.87 | 4/6/2020 | 4/13/2020 | 99401 |
| S | LUIS C | 4/16/2020 | 4/16/2020 | 234.00 | 234.00 | 234.00 | 4/30/2020 | 5/12/2020 | 99213 |
| S | VINCENT | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | VINCENT | 4/24/2020 | 4/24/2020 | 146.06 | 350.00 | 146.06 | 4/30/2020 | 5/11/2020 | 99214 |
| S | VINCENT | 4/24/2020 | 4/24/2020 | 45.36 | 130.00 | 45.36 | 4/30/2020 | 5/11/2020 | 99401 |
| S | VINCENT | 4/29/2020 | 4/29/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | VINCENT | 4/29/2020 | 4/29/2020 | 146.06 | 350.00 | 146.06 | 5/1/2020 | 5/11/2020 | 99214 |
| S | VINCENT | 4/29/2020 | 4/29/2020 | 45.36 | 130.00 | 45.36 | 5/1/2020 | 5/11/2020 | 99401 |
| S | VINCENT | 4/22/2020 | 4/22/2020 | 800.00 | 1000.00 | 800.00 | 4/27/2020 | 5/8/2020 | 87633 |
| S | VINCENT | 4/22/2020 | 4/22/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| S | VINCENT | 4/22/2020 | 4/22/2020 | 69.87 | 130.00 | 69.87 | 4/27/2020 | 5/8/2020 | 99401 |
| S | VINCENT | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| S | VINCENT | 5/6/2020 | 5/6/2020 | 146.06 | 350.00 | 146.06 | 5/7/2020 | 5/14/2020 | 99214 |
| S | VINCENT | 5/6/2020 | 5/6/2020 | 45.36 | 130.00 | 45.36 | 5/7/2020 | 5/14/2020 | 99401 |
| S | VITO | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | VITO | 4/30/2020 | 4/30/2020 | 80.88 | 130.00 | 80.88 | 5/4/2020 | 5/12/2020 | 99213 |
| S | ERIK | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | ROBERT | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/22/2020 | 5/7/2020 | 99202 |
| S | TIMOTHY J | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| S | NICHOLAS | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | ALEXANDER R | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| S | JERMAINE E | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| T | BRIAN | 3/2/2020 | 3/2/2020 | 45.34 | 110.00 | 36.27 | 3/9/2020 | 3/12/2020 | 36410 |
| T | BRIAN | 3/2/2020 | 3/2/2020 | 85.61 | 138.00 | 68.49 | 3/9/2020 | 3/12/2020 | 99212 |
| V | THEODORE | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| V | THEODORE | 5/1/2020 | 5/1/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| V | THEODORE | 5/1/2020 | 5/1/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| V | THOMAS | 4/28/2020 | 4/28/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| V | RICHARD | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 82306 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 82378 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 82607 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 49.60 | 62.00 | 39.68 | 3/19/2020 | 3/24/2020 | 82668 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 82728 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 82746 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 49.60 | 62.00 | 39.68 | 3/19/2020 | 3/24/2020 | 84153 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 49.60 | 62.00 | 39.68 | 3/19/2020 | 3/24/2020 | 84154 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 96.00 | 120.00 | 76.80 | 3/19/2020 | 3/24/2020 | 84238 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 24.00 | 30.00 | 19.20 | 3/19/2020 | 3/24/2020 | 84439 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 48.00 | 60.00 | 38.40 | 3/19/2020 | 3/24/2020 | 84443 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 48.00 | 60.00 | 38.40 | 3/19/2020 | 3/24/2020 | 84481 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 86301 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 86340 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 64.00 | 80.00 | 51.20 | 3/19/2020 | 3/24/2020 | 86376 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 82306 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 82378 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 82607 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 49.60 | 62.00 | 39.68 | 3/19/2020 | 3/24/2020 | 82668 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 82728 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 82746 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 96.00 | 120.00 | 76.80 | 3/19/2020 | 3/24/2020 | 84238 |

| LASTNAME | SUBSCRIBER_FIRSTNAME | DOS_START | DOS_END | ALLOWED_AMOUNT | CHARGED_AMOUNT | PAID_AMOUNT | CLAIM_RECEIVED_DATE | PAID_DATE | PROCEDURE_CODE |
|---|---|---|---|---|---|---|---|---|---|
| V | DAVID S | 3/12/2020 | 3/12/2020 | 24.00 | 30.00 | 19.20 | 3/19/2020 | 3/24/2020 | 84439 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 48.00 | 60.00 | 38.40 | 3/19/2020 | 3/24/2020 | 84443 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 48.00 | 60.00 | 38.40 | 3/19/2020 | 3/24/2020 | 84481 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 86301 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 80.00 | 100.00 | 64.00 | 3/19/2020 | 3/24/2020 | 86304 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 40.00 | 50.00 | 32.00 | 3/19/2020 | 3/24/2020 | 86340 |
| V | DAVID S | 3/12/2020 | 3/12/2020 | 64.00 | 80.00 | 51.20 | 3/19/2020 | 3/24/2020 | 86376 |
| V | JOHN | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| W | SHARON | 3/23/2020 | 3/23/2020 | 800.00 | 1000.00 | 800.00 | 4/2/2020 | 5/9/2020 | 87633 |
| W | SHARON | 3/23/2020 | 3/23/2020 | 144.74 | 234.00 | 144.74 | 4/2/2020 | 5/9/2020 | 99202 |
| W | SHARON | 3/23/2020 | 3/23/2020 | 69.87 | 130.00 | 69.87 | 4/2/2020 | 5/9/2020 | 99401 |
| W | SHARON | 3/25/2020 | 3/25/2020 | 146.06 | 350.00 | 146.06 | 4/6/2020 | 5/9/2020 | 99214 |
| W | SHARON | 3/25/2020 | 3/25/2020 | 45.36 | 130.00 | 45.36 | 4/6/2020 | 5/9/2020 | 99401 |
| W | MICHAEL | 4/24/2020 | 4/24/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| W | MICHAEL | 4/30/2020 | 4/30/2020 | 94.84 | 130.00 | 94.84 | 5/8/2020 | 5/14/2020 | 99213 |
| W | MICHAEL | 4/30/2020 | 4/30/2020 | 45.36 | 130.00 | 45.36 | 5/8/2020 | 5/14/2020 | 99401 |
| W | STEPHEN M | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| W | JOHN | 4/1/2020 | 4/1/2020 | 93.68 | 234.00 | 93.68 | 4/7/2020 | 5/2/2020 | 99202 |
| W | JOHN | 4/1/2020 | 4/1/2020 | 45.36 | 130.00 | 45.36 | 4/7/2020 | 5/2/2020 | 99401 |
| W | JOHN | 4/2/2020 | 4/2/2020 | 800.00 | 1000.00 | 800.00 | 4/3/2020 | 4/30/2020 | 87633 |
| W | JOHN | 4/2/2020 | 4/2/2020 | 144.74 | 234.00 | 144.74 | 4/3/2020 | 4/30/2020 | 99213 |
| W | JOHN | 4/2/2020 | 4/2/2020 | 69.87 | 130.00 | 69.87 | 4/3/2020 | 4/30/2020 | 99401 |
| W | JOHN | 4/14/2020 | 4/14/2020 | 235.00 | 350.00 | 235.00 | 4/15/2020 | 4/25/2020 | 99214 |
| W | JOHN | 4/14/2020 | 4/14/2020 | 130.00 | 130.00 | 130.00 | 4/15/2020 | 4/25/2020 | 99401 |
| W | BRIAN | 4/16/2020 | 4/16/2020 | 93.68 | 234.00 | 93.68 | 4/30/2020 | 5/11/2020 | 99202 |
| W | ROLANDO | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| W | CHARLES | 4/21/2020 | 4/21/2020 | 144.74 | 234.00 | 144.74 | 4/27/2020 | 5/8/2020 | 99202 |
| W | EDUARDO | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| W | EDUARDO | 4/18/2020 | 4/18/2020 | 146.06 | 350.00 | 146.06 | 4/29/2020 | 5/9/2020 | 99214 |
| W | EDUARDO | 4/18/2020 | 4/18/2020 | 45.36 | 130.00 | 45.36 | 4/29/2020 | 5/9/2020 | 99401 |
| W | EDUARDO | 4/28/2020 | 4/28/2020 | 800.00 | 1000.00 | 800.00 | 4/29/2020 | 5/9/2020 | 87633 |
| W | EDUARDO | 4/28/2020 | 4/28/2020 | 144.74 | 234.00 | 144.74 | 4/29/2020 | 5/9/2020 | 99202 |
| W | EDUARDO | 4/28/2020 | 4/28/2020 | 69.87 | 130.00 | 69.87 | 4/29/2020 | 5/9/2020 | 99401 |
| W | KEMESHA A | 4/20/2020 | 4/20/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| X | DRITON | 4/17/2020 | 4/17/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| Y | LINDSEY M | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| Z | MARK | 4/16/2020 | 4/16/2020 | 144.74 | 234.00 | 144.74 | 4/30/2020 | 5/11/2020 | 99202 |
| Z | WEI | 3/12/2020 | | 1000.00 | 1000.00 | 800.00 | 3/31/2020 | 5/2/2020 | 87633 |
| Z | WEI | 3/12/2020 | | 234.00 | 234.00 | 144.74 | 3/31/2020 | 5/2/2020 | 99202 |
| Z | WEI | 3/12/2020 | | 130.00 | 130.00 | 69.87 | 3/31/2020 | 5/2/2020 | 99401 |
| Z | WEI | 3/16/2020 | | 130.00 | 130.00 | 78.00 | 3/27/2020 | 4/3/2020 | 99213 |
| Z | WEI | 3/16/2020 | | 130.00 | 130.00 | 130.00 | 3/27/2020 | 4/9/2020 | 99401 |
| Z | WEI | 3/23/2020 | | 130.00 | 130.00 | 56.90 | 4/3/2020 | 4/9/2020 | 99213 |
| Z | WEI | 3/23/2020 | | 130.00 | 130.00 | 27.22 | 4/3/2020 | 4/9/2020 | 99401 |
| Z | WEI | 3/25/2020 | | 130.00 | 130.00 | 56.90 | 4/6/2020 | 4/11/2020 | 99213 |
| Z | WEI | 3/25/2020 | | 130.00 | 130.00 | 27.22 | 4/6/2020 | 4/11/2020 | 99401 |
| Z | JOHN | 4/16/2020 | 4/16/2020 | 146.06 | 350.00 | 146.06 | 4/27/2020 | 5/8/2020 | 99214 |
| Z | JOHN | 4/16/2020 | 4/16/2020 | 45.36 | 130.00 | 45.36 | 4/27/2020 | 5/8/2020 | 99401 |