**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------------------ x

MURPHY MEDICAL ASSOCIATES, LLC; :
DIAGNOSTIC AND MEDICAL SPECIALISTS OF :
GREENWICH, LLC; NORTH STAMFORD MEDICAL :
ASSOCIATES, LLC; COASTAL CONNECTICUT :     3:20-cv-01675-JBA
MEDICAL GROUP, LLC; and STEVEN A.R. MURPHY, :
MD, :
    :
    Plaintiffs, :     October 24, 2022
V. :
    :
CIGNA HEALTH AND LIFE INSURANCE COMPANY :
and CONNECTICUT GENERAL LIFE INSURANCE :
COMPANY, :
    :
    Defendants. :

------------------------------------------------------------------------ x

**DEFENDANTS' RULE 37(b) MOTION FOR SANCTIONS DUE TO PLAINTIFFS'**
**FAILURE TO COMPLY WITH DISCOVERY ORDER**

Pursuant to Fed. R. Civ. P. 37(b), Defendants, Cigna Health and Life Insurance Company

and Connecticut General Life Insurance Co. (collectively, "Cigna"), move for an order for

sanctions due to Plaintiffs' failure to provide discovery as ordered by the Court on March 15, 2022,

Doc. 52.

As set forth in more detail in the Declaration of Patrick W. Begos, and in the accompanying

memorandum of law filed pursuant to Local Rule 7(a)(1), Plaintiffs have failed to comply with the

Court's March 15, 2022 Order on Cigna's motion to compel, despite being given every

opportunity, and significant extra time, to do so. Cigna therefore respectfully requests that the

Court grant its motion to compel in its entirety, and award the following specific relief:

1.  Preclude Plaintiffs from introducing evidence supporting any of the 12,456 itemized claims

     for which they have not produced any supporting medical records (specifically identified

     in Exhibit F to the Begos Declaration), and, upon precluding this evidence, dismiss those

**ORAL ARGUMENT REQUESTED**

12,456 itemized claims due to Plaintiffs' inability to prove that they provided the medical services at issue.

2. Preclude Plaintiffs from introducing into evidence of assignments for any of the 2,575 Cigna members for whom Plaintiffs have not produced assignments (specifically identified in Exhibit K to the Begos Declaration), and, upon precluding this evidence, dismiss the itemized claims pertaining to those 2,575 members.

3. Preclude Plaintiffs from introducing into evidence any medical records regarding itemized claims that they have not yet produced.

4. Preclude Plaintiffs from introducing evidence that they posted on their public internet site a cash price on the date that any of the itemized medical services at issue allegedly was conducted.

5. Preclude Plaintiffs from introducing documentary evidence of any alleged defamatory statement by Cigna that they have not produced.

6. Direct Plaintiffs to fully respond to Request 3 in Cigna's initial Document Requests, and order Plaintiffs to pay Cigna's attorneys' fees for this motion.

7. Order such other and further relief as the Court deems fair.

Respectfully submitted,

CIGNA HEALTH AND LIFE INSURANCE COMPANY and CONNECTICUT GENERAL LIFE INSURANCE COMPANY
By:     */s/ Patrick W. Begos*
        Patrick W. Begos (ct19090)
        Theodore J. Tucci (ct05249)
        Milanna Datlow (ct30402)
        Robinson & Cole LLP
        1055 Washington Boulevard
        Stamford, CT  06901
        Telephone: (203) 462-7500
        *Their Attorneys*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Begos
Patrick W. Begos