**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------------------------------------------  x
MURPHY MEDICAL ASSOCIATES, LLC;                    :
DIAGNOSTIC AND MEDICAL SPECIALISTS OF              :
GREENWICH, LLC; NORTH STAMFORD MEDICAL             :
ASSOCIATES, LLC; COASTAL CONNECTICUT               :       3:20-cv-01675-JBA
MEDICAL GROUP, LLC; and STEVEN A.R. MURPHY,        :
MD,                                                :
                                                   :       December 1, 2022
                                                   :
                   Plaintiffs,                     :
V.                                                 :
                                                   :
                                                   :
CIGNA HEALTH AND LIFE INSURANCE COMPANY            :
and CONNECTICUT GENERAL LIFE INSURANCE             :
COMPANY,                                           :
                                                   :
                   Defendants.                     :
------------------------------------------------------------------------  x
```

**<u>Reply Declaration of Patrick Begos in Further Support of Rule 37(b) Motion for Sanctions</u>**

Patrick W. Begos, pursuant to 28 U.S.C. §1746(2), declares under penalty of perjury the following:

1.      I am over the age of 18 and believe in the duties and obligations of an oath. I am a member of Robinson & Cole LLP, counsel for the Defendants, Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company (collectively, "Cigna"), in this action. I submit this reply declaration in further support of Cigna's motion for sanctions.

2.      Steven Murphy has asserted in opposition to Cigna's motion his "practice has produced all relevant medical records and assignments that could be located in its possession, custody, or control." Murphy Declaration (Doc. 80-2), ¶ 7. This is not accurate.

3.      On the evening of November 21, 2022, Plaintiffs' attorneys emailed a link to download documents comprising some 86,000 pages (stating that the "production is labeled

1

MURPHY-00012866 - MURPHY-00099213"). It was not until November 22, 2022 that we were able to complete the download of those documents.

4. On November 23, 2022, before we could perform even a cursory review of the documents, Plaintiffs' attorneys contacted us to advise that the production did not include all of the documents that Plaintiffs allegedly had gathered. Plaintiff's attorneys advised that they would be re-producing the entire batch of documents (plus the additional documents), in the near future. Thus, quite literally, Plaintiffs' attorneys have acknowledged that the November 21, 2022 production did not include "all relevant medical records and assignments that could be located in its possession, custody, or control."

5. On November 29, 2022, Plaintiffs advised that they expected to re-produce a "complete" set of documents on November 30, 2022. The parties discussed the formats in which the documents would be produced. As of 8:00 a.m. on December 1, 2022, we have not received that production

6. Thus, we have not been able even to begin to evaluate the completeness of Plaintiffs' production, and particularly the extent to which they have cured the extensive deficiencies detailed in Cigna's motion to compel..

Dated: December 1, 2022

 _/s/ Patrick W. Begos_
Patrick W. Begos

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Patrick W. Begos*
Patrick W. Begos