**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

--------------------------------------------------------------------- x

MURPHY MEDICAL ASSOCIATES, LLC;                     :
DIAGNOSTIC AND MEDICAL SPECIALISTS OF               :
GREENWICH, LLC; NORTH STAMFORD MEDICAL              :
ASSOCIATES, LLC; COASTAL CONNECTICUT                :        3:20-cv-01675-JBA
MEDICAL GROUP, LLC; and STEVEN A.R. MURPHY,         :
MD,                                                 :
                                                    :
            Plaintiffs,                             :
V.                                                  :
                                                    :
CIGNA HEALTH AND LIFE INSURANCE COMPANY             :        January 13, 2023
and CONNECTICUT GENERAL LIFE INSURANCE              :
COMPANY,                                            :
                                                    :
            Defendants.                             X

---------------------------------------------------------------------

**DEFENDANTS' PARTIAL MOTION TO DISMISS THE THIRD AMENDED
COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b), Defendants, Cigna Health and Life Insurance Company

and Connecticut General Life Insurance Co. (collectively, "Cigna"), move to dismiss Counts Two

and Three of Plaintiffs' Third Amended Complaint asserting a claim under the Connecticut Unfair

Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110b(a), for alleged violations of the

Connecticut Unfair Insurance Practices Act ("CUIPA"), Conn. Gen. Stat. § 38a-816(6), (15), and

an unjust enrichment claim, respectively.

Even accepting as true all well-pleaded factual allegations in Counts Two and Three of

Plaintiffs' Third Amended Complaint, Counts Two and Three fail to state a viable claim upon

which relief can be granted and, accordingly, should be dismissed.

As set forth in more detail in in the accompanying memorandum of law filed pursuant to

Local Rule 7(a)(1), Cigna makes this motion on the following grounds: (1) CUIPA violations can

only occur in connection with "the business of insurance," and Plaintiffs have not alleged facts

**ORAL ARGUMENT REQUESTED**

from which it can plausibly be concluded that the conduct alleged to violate CUIPA occurred in connection with the business of insurance; (2) even if there was a plausible connection to the business of insurance, Plaintiffs, as non-parties to an insurance contract, do not have standing assert a CUIPA claim; (3) Plaintiffs' have not alleged facts supporting a plausible violation of any of the enumerated unfair insurance practices to state a CUIPA claim; (4) Plaintiffs' have not alleged facts supporting a "general business practice" of misconduct by Cigna; (5) Plaintiffs have not pleaded a CUTPA violation with particularity; and (6) Plaintiffs have not alleged facts supporting the required elements of an unjust enrichment claim.

Cigna therefore respectfully requests that the Court dismiss Counts Two and Three of Plaintiffs' Third Amended Complaint, with prejudice and without leave to amend.

DEFENDANTS,

CIGNA HEALTH AND LIFE INSURANCE COMPANY and CONNECTICUT GENERAL LIFE INSURANCE COMPANY

By:   */s/ Patrick W. Begos*
        Patrick W. Begos (ct19090)
        Theodore J. Tucci (ct05249)
        Milanna Datlow (ct30402)
        Robinson & Cole LLP
        1055 Washington Boulevard
        Stamford, CT 06901
        Telephone: (203) 462-7500
        Fax: (203) 462-7599
        *Their Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, a copy of the foregoing Defendants' Partial Motion to Dismiss the Third Amended Complaint was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Begos
Patrick W. Begos