**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------------------ x

MURPHY MEDICAL ASSOCIATES, LLC;                :
DIAGNOSTIC AND MEDICAL SPECIALISTS OF          :
GREENWICH, LLC; NORTH STAMFORD MEDICAL         :
ASSOCIATES, LLC; COASTAL CONNECTICUT           :        3:20-cv-01675-VAB
MEDICAL GROUP, LLC; and STEVEN A.R. MURPHY,    :
MD,                                            :
                                               :
     Plaintiffs,      :        June 16, 2026
v.                                             :
                                               :
CIGNA HEALTH AND LIFE INSURANCE COMPANY        :
and CONNECTICUT GENERAL LIFE INSURANCE         :
COMPANY,                                       :
                                               :
     Defendants.      :

------------------------------------------------------------------------ x

## <u>CONSENT MOTION TO STRIKE/WITHDRAW JURY DEMAND</u>

Pursuant to Fed. R. Civ. P. Rule 39(a)(2), Plaintiffs, Murphy Medical Associates, LLC, Diagnostic and Medical Specialists of Greenwich, LLC, North Stamford Medical Associates, LLC, Coastal Connecticut Medical Group, LLC, and Steven A.R. Murphy MD (collectively, "Plaintiffs") respectfully move to strike the jury demand contained in their Third Amended Complaint (ECF No. 92). Counsel for Defendants consent to this relief.

The grounds for this motion are as follows. The single cause of action remaining in the Third Amended Complaint arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1132(a)(1)(B). The Parties agree that jury trials are not available as a matter of right for claims brought under 29 U.S.C. § 1132(a)(1)(B), and that the 29 U.S.C. § 1132(a)(1)(B) must instead be adjudicated through a bench trial. *See, e.g., Muller v. First Unum Life Ins. Co.*, 341 F.3d 119, 124 (2d Cir. 2003). Thus, Plaintiffs advised Defendants that they do not oppose the relief Defendants have sought in their motion to strike the jury demand (ECF No. 195).

Plaintiffs therefore ask that the Court: (i) strike Plaintiff's jury demand; (ii) amend its Pretrial Scheduling Order in this matter to remove Jury Selection, which is currently set for 9/22/2026 at 09:00 AM (ECF No. 198); (iii) calendar this matter's trial as a bench trial; and (iv) dismiss or deny Defendants' motion to strike the jury demand as moot.

Respectfully submitted,

HARRIS BEACH MURTHA CULLINA PLLC
*Attorneys for Plaintiffs*

By:_____
　　　Roy W. Breitenbach (ct28949)
One Century Tower
265 Church Street, 9th Floor
New Haven, Connecticut 06510
Tel: (516) 880-8378
Email: rbreitenbach@harrisbeachmurtha.com