**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 8/31/26

Murphy Medical Associates, LLC et al

Vs.

Cigna Health and Life Insurance Company et al

BKY Appellant ____________

BKY Appellee ____________

BKY case # ____________

Start Time 1:13 pm End Time 1:20 pm

Recess (if more than ½ hr) ________ to ________

Total Time ________ hour(s) 07 minute(s)

Case # 3:20-cv-01675-VAB

Honorable Judge Victor A. Bolden

Deputy Clerk Frances Velez

Counsel for Pla(s) ____________

Counsel for Dft(s) ____________

Reporter/Courtsmart Heather Ireland

Interpreter ____________

Language ____________

Hearing held

☐ in person ☐ by video ☑ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ■ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ____________ ____ |

**MOTIONS**

☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ____________ ☐ Proposed Findings due ____________ Response due ____________
☐ Status report due ____________
☐ Hearing continued until ____________ at ____________

**NOTES**

Bench trial set for 12/7/26; pretrial conference set for 12/2/26 at 11:00 a.m. The parties will submit new pretrial deadlines. The Court refers parties to Magistrate Judge for settlement, per their request.

Rev. 2/11/26