**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MURPHY MEDICAL ASSOCIATES, LLC; DIAGNOSTIC AND MEDICAL SPECIALISTS OF GREENWICH, LLC; NORTH STAMFORD MEDICAL ASSOCIATES, LLC; COASTAL CONNECTICUT MEDICAL GROUP, LLC; and STEVEN A.R. MURPHY, MD, | : | 3:20-cv-01675-VAB |
| *Plaintiffs*, | : | |
| v. | : | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | : | |
| *Defendants*. | : | |

**NOTICE OF SETTLEMENT**

Counsel for all parties in the above-captioned action hereby report that they have reached an agreement in principle to settle this action and expect to complete the settlement and file a stipulation of dismissal within thirty days.

Dated: November 19, 2026

ROBINSON & COLE LLP

By: */s/ Patrick W. Begos*
Patrick W. Begos
One Station Place, Suite 800
Stamford, CT 06902

*Attorneys for Defendants*

HARRIS BEACH MURTHA CULLINA PLLC

By: */s/ Roy Breitenbach*
Roy Breitenbach
333 Earle Ovington Blvd., Suite 901
Uniondale, NY 11553

*Attorneys for Plaintiffs*